UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RENE FUENTES** <br><br> **v.** <br><br> **SHELL OFFSHORE INC.** | CIVIL ACTION <br><br> NO.  2:20-cv-00869 <br><br> JUDGE:  Lance M. Africk <br><br> MAGISTRATE JUDGE:  Janis van Meerveld |

**CORPORATE DISCLOSURE STATEMENT**
**OF SHELL OFFSHORE INC.**

NOW INTO COURT, through undersigned counsel, comes Defendant, Shell Offshore Inc., to file the following disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. The ultimate parent company of Shell Offshore Inc. is Royal Dutch Shell plc.

2. Royal Dutch Shell plc. is incorporated under the laws of England and Wales, with its registered office in London, England and its head office in The Hague, The Netherlands.

3. Royal Dutch Shell plc is traded on the New York Stock Exchange and other international stock exchanges.

[SIGNATURE BLOCK ON FOLLOWING PAGE]

Respectfully submitted,

**KUCHLER POLK WEINER, LLC**

*/s/ Janika D. Polk*
JANIKA D. POLK (La. Bar No. 27608) T.A.
MARK E. BEST (La. Bar No. 29090)
ETHELDREDA C. SMITH (La. Bar No. 34499)
1615 Poydras Street, Suite 1300
New Orleans, Louisiana 70112
Telephone: (504) 592-0691
Facsimile: (504) 592-0696
Email:  jpolk@kuchlerpolk.com
          mbest@kuchlerpolk.com
          dsmith@kucherpolk.com

*Counsel for Shell Offshore Inc.*

2